**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

## EX PARTE WILLIAM THOMAS NICHOLAS, JR.

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare and file with the Dallas County Clerk a certification of appellant's right to appeal within **TEN DAYS** of the date of this order.

We **ORDER** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, the clerk's record containing the documents related to the habeas corpus proceeding, including the trial court's written, signed order ruling on the application and the trial court's certification of appellant's right to appeal.

We further **ORDER** the Dallas County Clerk to provide appellant a copy of the clerk's record in paper format.

The docketing certificate filed by the Dallas County Clerk reflects that no hearing was conducted on the application. Therefore, no reporter's record will be filed.

We **ORDER** appellant to file his brief by **MAY 22, 2015**. We **ORDER** the State to file its brief by **JUNE 15, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without argument on **July 3, 2015** to a panel consisting of Justices Fillmore, Myers, and Evans. *See* TEX. R. APP. P. 31.2.

We **DIRECT** the Clerk to send copies of this order to the Honorable Roberto Canas, Presiding Judge, County Criminal Court No. 10; John Warren, Dallas County Clerk; William Thomas Nicholas, Jr.; and the Dallas County District Attorney's Office.

/s/ ADA BROWN
JUSTICE